

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00372-CR

| | | |
|---|---|---|
| Justin David Waddell | § | From the 213th District Court |
| | § | of Tarrant County (1332458D) |
| v. | § | October 26, 2017 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REMAND

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to deduct the $100 emergency-services cost from the $543 total costs assessed, thereby making the total costs $443, and leaving the fine at $1,000, requiring a total payment by Justin David Waddell of $1,443. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier